**UNITED MISSOURI BANK, SOUTH, Respondent,**

v.

**Ronald J. NUSSBECK, Appellant.**

**No. WD 39983.**

Missouri Court of Appeals, Western District.

Aug. 23, 1988.

John R. Campbell, Jr. of Loughlin, Campbell & Martin, Kansas City, for appellant.

Gene A. DeLeve of Berman, DeLeve, Kuchan & Chapman, Kansas City, for respondent.

Before TURNAGE, P.J., and SHANGLER and MANFORD, JJ.

### ORDER

PER CURIAM:

Appeal from a judgment awarding respondent monetary damages on a promissory note and possession of the collateral securing the note.

Judgment affirmed. Rule 84.16(b).